UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALEXANDER VASITOVICH IVANOV,

    Defendant.

CASE NO. 06-639 M

DETENTION ORDER

Offense charged:

    Bank Robbery

Date of Detention Hearing: 12/08/06

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged with committing a bank robbery, during which he displayed a hand grenade. It later turned out that the grenade was inert, but that was not apparent to the teller at the time of the robbery. He also claimed to be part of the "Russian Mafia."

(2) Defendant has admitted to the bank robbery charged, and to another. He is suspected in two additional bank robberies.

(3) He has a continuing problem with alcohol. His wife reported that he goes on two week drinking binges, one of which occurred about the time of his arrest.

(4) He has had numerous failures to appear and failures to comply with court orders in state court proceedings, many of which related to alcohol offenses. There is one active bench warrant pending.

(5) A neighbor obtained a restraining order after defendant allegedly slashed her tires. Two inert grenades were recovered in the search of defendant's residence.

(6) He allegedly has used multiple dates of birth and Social Security numbers.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of December, 2006.

    /s/John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)